UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIN AMIE,

        Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS AND REHABILITATION,

        Defendant.

Case No. 20-cv-00672-JST

**ORDER OF DISMISSAL**

On January 30, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  That same day, the Court informed plaintiff that this action was deficient because he had not paid the $400 filing fee or submitted a complete *in forma pauperis* application.  ECF No. 3.  Plaintiff was instructed to respond within twenty-eight days of the date of the order.  ECF No. 3.  The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application.  The Court therefore DISMISSES this action without prejudice.  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months.  The Clerk shall enter judgment and close the file.

      **IT IS SO ORDERED.**

Dated: August 9, 2020

_____
JON S. TIGAR
United States District Judge